IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| KISH CHANDLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JASON COOPER, CLAUDE LUSK, | § | Civil Action No.  5:25-CV-13 |
| WAYLAND BAPTIST UNIVERSITY, | § | |
| AND NATIONAL ASSOCIATION | § | |
| OF INTERCOLLEGIATE ATHLETICS | § | |
| A/K/A NAIA, | § | |
| | § | |
| Defendants. | § | |

## INDEX OF MATTERS FILED IN STATE COURT ACTION

Pursuant to Local Rule 81.1, Defendant National Association of Intercollegiate Athletics a/k/a NAIA ("NAIA"), Petitioner for Removal, files this Index of Matters Filed In State Court Action.

The documents filed in the state court action and filed concurrently with this index are as follows:

Exhibit A1:   State Court Docket Sheet;

Exhibit A2:   Plaintiff's Original Petition filed November 1, 2024;

Exhibit A3:   Citation issued to NAIA on November 7, 2024;

Exhibit A4:   Plaintiff's Motion for Expedited Hearing or Temporary Hearing filed November 8, 2024;

Exhibit A5:   National Association of Intercollegiate Athletics' Response in Opposition to Kish Chandler's Application for Temporary Restraining Order and Temporary Injunction filed November 15, 2024;

Exhibit A6:   Alex E. Brakefield's Notice of Appearance on Behalf of Defendant National Association of Intercollegiate Athletics filed November 15, 2024;

**Exhibit "A"**

Exhibit A7: Jeff Simon's Motion to be Admitted *Pro Hac Vice* filed November 15, 2024;

Exhibit A8: Alex Brakefield's Motion in Support of Jeff Simon to appear *Pro Hac Vice* filed November 15, 2024;

Exhibit A9: National Association of Intercollegiate Athletics' Supplement Regarding Authority Presented at Hearing on Temporary Restraining Order filed November 18, 2024;

Exhibit A10: Plaintiff's Response to National Association of Intercollegiate Athletics' Supplemental [sic] Regarding Authority Presented at Hearing on Temporary Restraining Order filed November 18, 2024;

Exhibit A11: Order Granting *Pro Hac Vice* Motion of Jeffrey Simon entered November 18, 2024;

Exhibit A12: Judge Zirpoli's Letter Order denying Plaintiff's Request for a Temporary Restraining Order filed November 18, 2024;

Exhibit A13: National Association of Intercollegiate Athletics' Original Answer filed December 2, 2024;

Exhibit A14: Return of Service on Claude Lusk filed December 3, 2024;

Exhibit A15: Original Answer, Special Exceptions and Notice Under TRCP 193.7 of Wayland Baptist University and Claude Lusk filed December 20, 2024;

Exhibit A16: Plaintiff's First Amended Petition and Motion for Reconsideration of Temporary Restraining Order filed January 3, 2025;

Exhibit A17: Return of Service on Jason Cooper filed January 8, 2025;

Exhibit A18: Original Answer, Special Exceptions and Notice Under TRCP 193.7 of Defendant Jason Cooper filed January 9, 2025;

Exhibit A19: Notice of Appearance of Additional Counsel for National Association of Intercollegiate Athletics a/k/a NAIA filed January 21, 2025; and

Exhibit A20: An unfiled copy of the Notice of Filing Notice of Removal that will be filed in the state court action promptly upon the filing, in this Court, of the Notice of Removal.

**Exhibit "A"**